STATE OF NEW JERSEY v. GLEN JOSEPH ROBERTS.

July 11, 1986.

This matter having been duly considered and the Court having determined that certification was improvidently granted;

It is ORDERED that the within appeal be and hereby is dismissed. (See 104 *N.J.* 387 (1986).

Justices CLIFFORD, HANDLER, O'HERN, GARIBALDI and STEIN join in this Order.

Chief Justice WILENTZ dissents from the Order.

Justice POLLOCK did not participate.

STATE OF NEW JERSEY v. KEITH R. DAVIS.

July 11, 1986.

Petition for certification denied.

STATE OF NEW JERSEY v. JOSE FLORES.

July 11, 1986.

Petition for certification denied.